# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 14-02295-TOM |
| Vicky Cutts Wesley ) | |
| ) | Chapter 7 |
| Debtor, ) | |

## MOTION SEEKING SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION

COMES NOW the Debtor, Vicky Cutts Wesley ("Ms. Wesley" or "Debtor"), through counsel, in the above-styled bankruptcy case, and moves this Honorable Court to award sanctions against SN Servicing Corporation ("SN Servicing") for its willful violations of Section 524 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq* as described below. In support of this motion, the Debtor states as follows:

1. On or about May 2, 2006, Ms. Wesley purchased real estate located at 2348 22nd Street West (the "Property") in Birmingham, Alabama. In conjunction with the purchase, a mortgage lien was taken against the property by Bayrock Mortgage Corporation (the "Mortgage"). Both ownership and servicing of the Mortgage were transferred on multiple occasions but as of June 10, 2014, the Mortgage was being serviced by Acqura Loan Services.

2. The above-styled bankruptcy case was filed in good faith in the Northern District of Alabama, Southern Division, on June 10, 2014, for the purpose of receiving relief under Chapter 7 of the United States Bankruptcy Code. Consequently, an order of relief was entered in the above-styled case on the same day.

3. Acqura Loan Services was scheduled as a secured creditor as servicer of the mortgage on Ms. Wesley's Property in the bankruptcy case. A copy of Schedule D listing Acqura

Loan Services as a creditor is attached to this motion and incorporated herein by reference as Exhibit "A". There is no record of any communications sent by this Court to Acqura Loan Services providing notice of the Debtor's bankruptcy filing being returned for an insufficient or incorrect address or for any other reason.

4. A discharge was entered in the Debtor's bankruptcy case by this Honorable Court on September 8, 2014.

5. Following Ms. Wesley's bankruptcy, servicing of the Mortgage was assigned on at least two additional occasions. It is believed and alleged that SN Servicing is currently servicing the Mortgage.

6. On or about July 3, 2018, SN Servicing sent Ms. Wesley two letters. The first was titled "Notice of Assignment, Sale, or Transfer of Servicing Rights" and identified SN Servicing as a "debt collector". The second letter requested proof of insurance on the property and again identified SN Servicing as a "debt collector". See attached Exhibits "B" and "C". The letters were not sent to the Property address but to Ms. Wesley's current mailing address. Both letters identify SN Servicing as a "debt collector" and Exhibit "B" states that "the right to COLLECT PAYMENTS from you, has been assigned, sold or transferred … to SN Servicing Corporation…" (Emphasis Added).

7. On or about July 10, 2018, SN Servicing sent Ms. Wesley a third letter. The letter stated "As of the date of this letter, our records indicate the total amount of your debt is $60,234.92. Because of interest, late charges that may vary from day to day, the amount due on the day you pay may be greater…" See attached Exhibit "D".

8. On or about August 16, 2018, SN Servicing sent Ms. Wesley yet another letter. The letter stated "I am writing on behalf of SN Servicing Corporation, who is the servicing agent

for Home Opportunity LLC. The Note identified in the above referenced account number is owned by Home Opportunity LLC and SN Servicing Corporation is attempting to collect this debt on its behalf. This letter is being sent to encourage you to contact the servicer because your payment is now past due and we have additional information about loss mitigation options…" See attached Exhibit "E".

9. The actions of SN Servicing in repeatedly in repeatedly attempting to collect a debt discharged in bankruptcy constitute gross violations of the Discharge Injunction entered by this Court and as set forth in 11 U.S.C. Section 542. The letters have kept Ms. Wesley from enjoying the fresh start to which she is entitled, caused her to suffer from anxiety and have required her to spend additional time and resources to defend herself.

10. As a result of the above acts, the Debtor asks this Court to impose sanctions against SN Servicing for the Debtor's actual damages, punitive damages and legal fees in an amount to be determined by the Court under Section 105 of Title 11.

**WHEREFORE, PREMISES CONSIDERED,** the Debtor having set forth her claim for relief against SN Servicing respectfully prays of the Court as follows:

- A. That the Debtor have and recover against SN Servicing a sum to be determined by the Court in the form of actual damages;
- B. That the Debtor have and recover against SN Servicing a sum to be determined by the Court in the form of punitive damages;
- C. That the Debtor have and recover against SN Servicing all reasonable legal fees and expenses incurred by her attorney;
- D. That the underlying debt be forever canceled and discharged; and
- E. That the Debtor have such other and further relief as the Court may deem just and proper.

Respectfully submitted this the 12th day of October, 2018.

/s/ *Bradford W. Botes*
Bradford W. Botes, Attorney for Debtor
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244
Telephone: (205) 802-2200
Facsimile: (205) 870-3698
Email: bbotes@bondnbotes.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing pleading upon the following by depositing a copy of the same in the United States mail, properly addressed and adequate postage thereon this the 12th day of October, 2018.

| | |
|---|---|
| SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 | SN Servicing Corporation<br>3050 Westfork Drive<br>Baton Rouge, LA 70816 |
| SN Servicing Corporation<br>c/o Corporation Service Company, Inc.<br>641 South Lawrence Street<br>Montgomery, AL 36104 | |

/s/ *Bradford W. Botes*
Bradford W. Botes



# Exhibit "A"

B6D (Official Form 6D) (12/07)

In re **Vicky Cutts Wesley** ,     Case No. _____
                                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3069660506** <br> Acqura Loan Services <br> 7880 Bent Branch Dr Ste 150 <br> Irving, TX 75063 | | - | 05/2006 <br> RESIDENTIAL REAL PROPERTY <br> Location: 2348 22nd Street Ensley, Birmingham AL 35208 <br> Value $ 36,000.00 | | | | 45,408.00 | 9,408.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | 45,408.00 | 9,408.00 |
| | | | Total (Report on Summary of Schedules) | | | | 45,408.00 | 9,408.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Exhibit "B"

 **SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

July 3, 2018

VICKY WESLEY
1832 ASPEN RUN
BIRMINGHAM AL  35209

RE: **New Loan Number: 0000282507**
Old Loan Number: 0000025144
Collateral: 2348 22ND STREET ENSLEY; BIRMINGHAM AL

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred. If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605). When a state law requires this notice, this notice is being provided to you under state law. When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right *to collect payments* from you, has been *assigned, sold* or transferred from Statebridge Company *LLC* to SN Servicing Corporation for Home Opportunity LLC, effective June 20, 2018.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you *this notice at least 15* days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Statebridge Company LLC, General Correspondence
5680 Greenwood Plaza Blvd, Ste 100S, Greenwood Village, CO 80111. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (866) 466-3360 Monday through Thursday between 7:00 a.m. and 8:00 p.m., Friday between 7:00 a.m. and 6:00 p.m. and Saturday between 8:00 a.m. and 12:00 p.m. Mountain Time. This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 489-6446. If you have any questions relating to the transfer of servicing to your new servicer call Evan Hoppe at (800) 489-6446 Monday through Friday between 8:00 a.m. and 5:00 p.m. Central Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is June 19, 2018. The date that your new servicer will start accepting payments from you is June 20, 2018. Send all payments on or after June 20, 2018 to your new servicer.

**Make your payments payable to:**   SN Servicing Corporation

**Mail your payments to:**   SN Servicing Corporation
PO BOX 660820
DALLAS, TX 75266-0820

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage. You should take the following action to maintain *coverage:* contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium *supplied by the* servicer, which includes your name and account number, and your reasons for *the request.* If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate *corrections to your account,* and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, *this does not* prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on *substantially all* of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been *discharged in* bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:* Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue *collection of that obligation* from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**SN Servicing Corporation for Home Opportunity LLC**
Customer Service Department


# Exhibit "C"



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

July 3, 2018

VICKY WESLEY
1832 ASPEN RUN
BIRMINGHAM AL  35209

RE:  **New Loan Number: 0000282507**
Old Loan Number: 0000025144
Collateral: 2348 22ND STREET ENSLEY; BIRMINGHAM AL

As stated in previous correspondence, the servicing of your mortgage loan has been transferred from Statebridge Company LLC to SN Servicing Corporation for Home Opportunity LLC effective June 20, 2018

If your loan is secured by real estate, please contact your insurance carrier to have the mortgagee clause changed to the following:

**SN Servicing Corp
ISAOA ATIMA
P.O. Box 35
Eureka, CA 95502**

Please have your insurance carrier forward a copy of your insurance policy with the mortgagee clause change to our Escrow Department at the address shown above.  If your property *is located in a flood* hazard zone, which starts with an "A" or "V", we will also require a copy of your flood insurance policy.

If you or your insurance carriers have any questions, please contact Evan Hoppe at (800) 489-6446 Monday through Friday between 8:00 a.m. and 5:00 p.m., Central Time.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt.  Any information obtained by us will be used for that purpose.  However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*  Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally.  If these circumstances apply, this notice is not intended as a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

*SN Servicing Corporation for Home Opportunity LLC*
Escrow Department



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785



July 10, 2018

VICKY WESLEY
1832 ASPEN RUN
BIRMINGHAM AL  35209

RE:  **New Loan Number: 0000282507**
     Old Loan Number: 0000025144
     Collateral: 2348 22ND STREET ENSLEY; BIRMINGHAM AL

Dear Customer:

This notice is being sent to you in accordance with the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq.*

As of the date of this letter, our records indicate the total amount of your debt is $60,234.92.  Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.  For further information, write the undersigned or call (800) 489-6446.

Home Opportunity LLC is the creditor to whom the debt is owed.  However, SN *Servicing Corporation, a debt collector, is* responsible for servicing and collecting the debt.

Unless you dispute the validity of the debt or any portion of the debt within thirty (30) days after your receipt of this letter, we will assume that the debt is valid.

If you notify us in writing within thirty (30) days after your receipt of this letter that you dispute the debt or any portion of the debt, we will obtain verification of the debt or a copy of any judgment against you and we will mail you a copy of such verification or judgment.

We will provide you with the name and address of the original creditor on the debt, if different from the current creditor, if you request this information in writing within thirty (30) days after your receipt of this letter.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt.  Any information obtained by us will be used for that purpose.  However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*  Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally.  If these circumstances apply, this notice is not intended as a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

*SN Servicing Corporation for Home Opportunity LLC*
Customer Service Department



 **SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

8/16/2018

VICKY WESLEY
1832 ASPEN RUN
BIRMINGHAM AL  35209

**RE: Loan Number: 0000282507**

**Property Address:** 2348 22ND STREET ENSLEY, BIRMINGHAM, AL, 35208

*YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

Dear VICKY WESLEY:

I am writing on behalf of SN Servicing Corporation, who is the servicing agent for Home Opportunity LLC. The Note identified in the above referenced account number is owned by Home Opportunity LLC and SN Servicing Corporation is attempting to collect this debt on its behalf. This letter is being sent to encourage you to contact the servicer because your payment is now past due and we have additional information about loss mitigation options. Call us today to learn more about your options and instructions for how to apply. The longer you wait or the further you fall behind on your payments, the harder it will be to find a *solution*.

You can contact SN Servicing at:

    323 Fifth Street
    Eureka, CA 95501
    800-603-0836
    www.snsc.com

For Colorado residents, SN Servicing Corporation may also be contacted at the following address or phone number during normal business hours: Colorado Manager, Inc, 80 Garden Center, Suite 3, Broomfield, CO 80020, phone (303) 920-4763 or fax (303) 920-4767.For information about the Colorado Fair Debt Collection Practices Act, see www.coag.gov/car.

We have tried to contact you previously to make you aware of the foreclosure prevention options that may be available to you. It is critical that you contact us on a resolution of any issues that affect your ability to make timely mortgage payments. The right option for you depends on your individual circumstances. If you need help, the following options may be available, subject to the lender approval:

1. Refinance your loan with another lender.

2. Modify your loan terms.

3. Payment forbearance that temporarily gives you more time to pay your monthly payment.

4. If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your house and use the proceeds to pay your loan.

The sooner you respond, the more quickly we can determine whether you qualify for assistance from the available options offered by the Lender.

Let us help you prevent this situation from becoming more serious by calling Zach Thomas toll-free at (800) 603-0836 Ext. 2771, between 8:00 a.m. and 5:00 p.m. Pacific Time Monday through Friday. Please take the time to read the enclosure entitled "Avoiding Foreclosure".

For help exploring your options, the Federal government provides contact information *for housing counselors*, which you can access by contacting the Consumer Financial Protection Bureau and the Department of Housing and Urban Development at www.consumerfinance.gov/find-a-housing-counselor or by calling HUD toll-free nationwide number at (800) 569-4287.

If you are a Service member or dependent, or both, you may request relief under the Servicemembers Civil Relief Act (SCRA). For more information, contact the "Military OneSource" toll-free number at (800) 342-9647.

Please respond to this letter within 15 days. Be advised if we have to start foreclosure, additional attorney's fees and legal charges will be added to the amount due as provided in the note and mortgage.

**If you are interested in saving your home, WE URGE YOU TO ACT NOW. Please contact Zach Thomas toll-free at (800) 603-0836 Ext. 2771.**

Sincerely,
Zach Thomas
SN Servicing Corporation

Enclosures: Avoiding Foreclosure Pamphlet
Servicemembers Civil Relief Act Notice