

# BOND, BOTES, REESE & SHINN, P.C.

Mark W. Bond, Retired
Bradford W. Botes*
Robert D. Reese
J. Suzanne Shinn
Grafton M. Weinacker**

15 Southlake Lane, Suite 140
Birmingham, Alabama 35244
**P:** 205-802-2200  **F:** 205-802-2209
bondandbotes.com

October 15, 2018

Clerk of the Court
United States Bankruptcy Court
1800 5th Avenue North
Birmingham, Alabama 35203

     RE:    Vicky C. Wesley
              Case Number: 14-02295-TOM7

Dear Sirs:

This letter is to advise you that Vicky C. Wesley's mailing address should be corrected to read as follows:

1832 Aspen Run
Birmingham, AL 35209

Should you need any additional information, please contact our office.

Sincerely,

/s/ Bradford W. Botes
Bradford W. Botes
Attorney for Debtor

BWB:aw

Birmingham, AL | Montgomery, AL | Opelika, AL | Florence, AL | Hayleyville, AL | Decatur, AL | Huntsville, AL
Anniston, AL | Gadsden, AL | Jackson, MS | Hattiesburg, MS | Vicksburg, MS | Knoxville, TN
*Board Certified in Consumer Bankruptcy Law by the American Board of Certification. Also admitted in Florida, Mississippi and Tennessee.
**Also admitted in Montana.

Case 14-02295-TOM7   Doc 28   Filed 10/15/18   Entered 10/15/18 14:24:31   Desc
Page 1 of 1